# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

                **Plaintiff,**

-vs-                                  Case No. 6:07-cv-1920-Orl-22KRS

**ROBERT E. LANE, WEALTH POOLS
INTERNATIONAL, INC., and RECRUIT
FOR WEALTH, INC.,**

                **Defendants.**
_____

  I have been advised by the Clerk of Court that the parties, other interested persons and their counsel have been notified that I would recuse myself in this case for the following reason absent waiver of disqualification being provided by all parties, other interested persons and their counsel:

> A member of my family is receiving, in monthly installments over time, the refund of a capital contribution made to Akerman, Senterfitt, a law firm with which the family member was formerly a shareholder. Akerman, Senterfitt has entered an appearance in this case.

      The Clerk of Court advises me that waivers of disqualification have not been received from all necessary parties, interested persons and their counsel, and the time for submitting such waivers has passed.  Therefore, I recuse myself from the case to avoid the appearance of impropriety and direct the Clerk of Court to assign this case to another magistrate judge.

      **DONE** and **ORDERED** in Orlando, Florida on December 31, 2007.

                                                    *Karla R. Spaulding*
                                                  KARLA R. SPAULDING
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties