# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

                  Plaintiff,

-vs-                                    Case No.  6:07-cv-1920-Orl-22DAB

ROBERT E. LANE,
WEALTH POOLS INTERNATIONAL,
INC., and RECRUIT FOR WEALTH, INC.,

                  Defendants,

T-N-T EDUCATION COMPANY, INC.,
RICHARD H. LANE, MUNDO TRADE,
INC., RENEE BECKER, JULIA LANE and
FIRST FIDUCIARY BUSINESS TRUST

                  Relief

Defendants
_____

## ORDER

       This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION TO COMPEL DISCOVERY FROM COMCAST (Doc. No. 128)** |
| **FILED:** | **August 12, 2008** |
| | _____ |
| | **THEREON** it is **ORDERED** that the motion is **GRANTED**. |

       Comcast Cable Communications Management, LLC ("Comcast") shall comply with the

subpoena duly served by the Receiver to obtain the identity and address of certain Comcast

subscribers pursuant to Rule 45 of the Federal Rules of Civil Procedure; provided, however, that such discovery shall be conditioned on: (a) Comcast having five (5) calendar days after entry of this Order to notify subscribers that their identity is sought by Receiver; (b) each subscriber whose identity is sought having fifteen (15) calendar days from the date of such Comcast notice to file any papers contesting the subpoena; and (c) payment to Comcast by Receiver of reasonable costs of: (i) compiling the requested information; and (ii) providing pre-disclosure notifications to subscribers.

Comcast may provide notice using any reasonable means, including but not limited to written notice sent to the subscriber's last known address, transmitted either by first class mail or via overnight service, or electronic notice sent to the subscriber's email address.

The subpoena issued by the Receiver to Comcast shall be deemed an appropriate Court Order under 47 U.S.C. § 551.

Specifically, Comcast shall produce to the Receiver:

(1) "All records which identify whether the IP address 69.180.253.130 is a static IP address or a dynamically assigned IP address."

(2) "If the IP address 69.180.253.130 is a static IP address, produce all records which identify the user(s) or subscriber(s) of the IP address 69.180.253.130 between August 1, 2007 through today, including, but not limited to, the full name, physical address, and telephone number of the user(s) or subscriber(s)."

(3) "If the IP address 69.180.253.130 is a dynamically assigned IP address, produce all records which identify the user(s) or subscriber(s) of the IP address 69.180.253.130 between December 5, 2007 and December 31, 2007, including, but not limited to, the full name, physical address, and telephone number of the user(s) or subscriber(s)."

Good faith attempts by Comcast to notify the subscriber(s) shall constitute compliance with this Order.

**DONE** and **ORDERED** in Orlando, Florida on August 13, 2008.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record