**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

-vs-                                  Case No. 6:07-cv-1920-Orl-22DAB

ROBERT E. LANE,
WEALTH POOLS INTERNATIONAL,
INC., and RECRUIT FOR WEALTH, INC.,

          Defendants,

T-N-T EDUCATION COMPANY, INC.,
RICHARD H. LANE, MUNDO TRADE,
INC., RENEE BECKER, JULIA LANE and
FIRST FIDUCIARY BUSINESS TRUST

          Relief
          Defendants
_____

## ORDER

This cause is before the Court on the Motion for Entry of Final Judgment of Disgorgement Against Relief Defendants Mundo Trade and First Fiduciary (Doc. No. 195) filed on November 13, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 17, 2009 (Doc. No. 199) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Entry of Final Judgment of Disgorgement Against Relief Defendants Mundo Trade and First Fiduciary (Doc. No. 195) is **GRANTED**. The Court will enter separate judgments.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 6, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge