# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

              **Plaintiff,**

**-vs-**                              **Case No. 6:07-cv-1920-Orl-22DAB**

**ROBERT E. LANE,**
**WEALTH POOLS INTERNATIONAL,**
**INC., and RECRUIT FOR WEALTH, INC.,**

              **Defendants,**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **AGREED MOTION FOR ATTORNEY'S FEES AND COSTS INCURRED WHILE WINDING DOWN RECEIVERSHIP PRIOR TO DELIVERING THE FUNDS TO THE SECURITIES EXCHANGE COMMISSION (Doc. No. 248)**
>
> **FILED:** June 9, 2014
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

As set forth in the Motion and in the supplemental Report filed by the Receiver pursuant to the Court's direction (Docs. 249, 250), the Receiver, having made distribution and having incurred unforseen additional expenses in doing so, seeks an Order authorizing him to apply a portion of the Remaining Receivership Funds to the additional attorneys' fees and cost incurred while winding down

the receivership prior to turning over the remaining funds to the SEC. The Receiver represents that he has conferred with the counsel for the SEC and the agency has no objection to this relief.

In view of the accounting provided by the Receiver, the relatively small amount of the additional fees and costs ($44,057.01) sought (considering the size of the Estate and the task at hand), and the absence of objection from the agency that would otherwise receive the funds, it is **respectfully recommended** that the motion be **granted** and that the District Court enter the proposed Order attached to the motion (Doc. 248-1).

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 13, 2014.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy