# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SECURITIES & EXCHANGE COMMISSION,**

      Plaintiff,

v.                                                  Case No:   6:07-cv-1920-Orl-22DAB

**ROBERT E. LANE, T-N-T EDUCATION COMPANY, INC., RICHARD H. LANE, MUNDO TRADE, INC., JULIA LANE, FIRST FIDUCIARY BUSINESS TRUST and USA,**

      Defendants.

## ORDER

This cause is before the Court on the Receiver's Agreed Motion for Attorney's Fees and Costs Incurred while Winding Down Receivership prior to Delivering the Funds to the Securities Exchange Commission (Doc. No. 248) filed on June 9, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 13, 2014 (Doc. No. 251), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Receiver's Agreed Motion for Attorney's Fees and Costs Incurred while Winding down Receivership prior to Delivering the Funds to the Securities Exchange Commission is hereby GRANTED.

3. The Court will enter a separate order.

**DONE** and **ORDERED** in Orlando, Florida on June 30, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties